KEN NAGY (I.S.B. No. 6176)
ATTORNEY AT LAW
P.O. Box 164
Lewiston, Idaho 83501
Telephone: (208) 301-0126
Facsimile: (888) 291-3832
E-mail: knagy@lewiston.com

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, <br><br> Plaintiff, <br><br> vs. <br><br> CHIEF SELTICE MOBILE HOME PARK and JEANIE PEERY, <br><br> Defendants. | CASE NO. CV 10-598-BLW <br><br> STIPULATION TO DISMISS |

COME NOW the Plaintiff Intermountain Fair Housing Council, by and through its attorney of record Ken Nagy, Attorney at Law, and the Defendants Chief Seltice Mobile Home Park and Jeanie Peery, by and through their attorney of record Mark Sebastian of Anderson, Julian & Hull, LLP, and hereby stipulate and agree that the parties have reached a complete settlement of the claims at issue herein and that the above-entitled proceeding shall be dismissed with prejudice in its entirety, with each party bearing its own attorney's fees and costs incurred herein.

STIPULATION TO DISMISS            1

DATED this  9th  day of  March , 2011.

_____
KEN NAGY
Attorney for Plaintiff

_____  3/7/11
MARK SEBASTIAN
Attorney for Defendants

STIPULATION TO DISMISS 2