UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, | CASE NO. CV 10-598-BLW |
| Plaintiff, | JUDGMENT |
| vs. | |
| CHIEF SELTICE MOBILE HOME PARK and JEANIE PEERY, | |
| Defendants. | |

Pursuant to the Stipulation filed with the Court on March 9, 2011, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation to Dismiss (docket no. 13) is APPROVED and incorporated fully herein by reference.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the above-entitled proceeding is DISMISSED WITH PREJUDICE in its entirety, with each party bearing its own attorney's fees and costs incurred herein. The Clerk is directed to close this case.

Date: **Mar 17, 2011**

B. LYNN WINMILL
Chief District Judge
United States District Court

Judgment -- 1